COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# MEMORANDUM ORDER

Appellate case name:    Christopher Eugene Johnson v. The State of Texas

Appellate case number:    01-11-00192-CR

Trial court case number:  1171238

Trial court:                184th District Court of Harris County

The Court has received correspondence from appellant's counsel indicating the likely filing of an application for writ of habeas corpus which, if relief were granted, would give appellant the opportunity to file an out-of-time petition for discretionary review challenging this Court's judgment affirming his conviction (01-11-00192-CR).

In light of this information, the Clerk of the Court is **instructed** to refrain from issuing the mandate in case number 01-11-00192-CR.

The Clerk of the Court is further **instructed** to issue the mandate in this case, with no further order from the Court, under the following circumstances:

(1) If no application for writ of habeas corpus is filed by **January 21, 2013**, the Clerk of the Court shall issue the mandate within ten (10) days of that date;

(2) if an application for writ of habeas corpus is filed, and the application is denied, the Clerk of the Court shall issue the mandate within ten (10) days of that date;

(3) if an application for writ of habeas corpus is filed, and the application is granted, but relief is denied, the Clerk of the Court shall issue the mandate within ten (10) days of that date; or

(4) if an application for writ of habeas corpus is filed, and the application is granted and an out-of-time petition for discretionary review is allowed, the Clerk of the Court shall issue the mandate in accordance with the requirements of Texas Rule of Appellate Procedure 18.1(a).

Appellant's counsel, Jani Maselli, is **ordered** to update the Court as to the status of the application for writ of habeas corpus and any petitions for discretionary review, if applicable.

Judge's signature: /s/ Jim Sharp
                     Acting individually

Date: December 11, 2012